**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DISTRICT at COVINGTON**
**CASE NO. 2:10-cv-0051-DLB-JGW**


**RICHARD WESLEY**                                                          **PLAINTIFF**

**v.**                                            *ELECTRONICALLY FILED*

**ALISON CAMPBELL, ET. AL.**                                         **DEFENDANTS**


### ORDER PERMITTING PLAINTIFF TO FILE AMENDED COMPLAINT

Upon motion of the Plaintiff to amend his Complaint pursuant to FRCP 15(a), the matter

having been fully briefed, and the Court having been in all ways sufficiently advised,  Plaintiff's

motion is **GRANTED** and he is permitted to amend his Complaint as per his motion.  Plaintiff

shall file the corrected amended Complaint within 7 days of the date of the entry of this Order.

**SO ORDERED THIS _____ DAY OF _____, 2010.**



_____
Hon. David L. Bunning
U.S. District Judge

Cc: all counsel of record